UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 08-802 (DMC) |
| v. | : Hon. Dennis M. Cavanaugh |
| | : <u>CONTINUANCE ORDER</u> |
| ANTHONY MATIAS | : |

A criminal indictment charging the defendant with conspiracy to distribute heroin, contrary to Title 21 United States Code, Sections 841(a) & (b)(1)(B)(1), in violation of Title 21, United States Code, Section 846, having been returned on October 27, 2008; and the defendant having arraigned on November 03, 2008; and the defendant being represented by Steven Adam Rubin, Esq., and the defendant being detained; and the defendant and his counsel being aware that the defendant has the right to a trial within seventy (70) days of defendant's arraignment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and five (5) continuances having previously been granted by this Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); the parties hereby request a continuance of sixty (60) days pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the defendant to enter a plea of guilty and to resolve this matter without trial;

IT IS on this __3__ day of __Sept__, 2009,

ORDERED that from August 14, 2009, to and including October 14, 2009, shall be excluded in calculating the time within which

this case must go to trial under the Speedy Trial Act for the following reasons:

1. The defendant has executed a signed plea agreement and is scheduled to enter his plea before Your Honor on September 16, 2009 at 9:30 a.m.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

HONORABLE DENNIS M. CAVANAUGH
United States District Judge

SEEN AND AGREED:

Eric T. Kanefsky, Esq.
Assistant U.S. Attorney

Steven Adam Rubin, Esq.
Counsel for Anthony Matias