PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Anthony Matias**                    Docket No. 08-cr-802-DMC-1

### Petition for Action on Conditions of Pretrial Release

      COMES NOW **Daniel Milne** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Anthony Matias**, who was placed under pretrial release supervision by the **Honorable Claire C. Cecchi** sitting in the Court at Newark on June 6, 2008 under the following conditions: $50,000 appearance bond secured by $5,000 cash and cosigned by two financially responsible individuals. The following conditions were imposed: Pretrial Services supervision; Travel restricted to New Jersey and New York, or as approved by Pretrial Services; Surrender passport; Do not to apply for travel documents.

On November 23, 2009 the defendant appeared before Your Honor and entered a guilty plea. Sentencing is scheduled for March 15, 2010.

      Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **mental health evaluation and treatment as directed by Pretrial Services.**

ORDER OF COURT

Considered and ordered this ____4th____ day of __February__, _2010_ and ordered filed and made a part of the records in the above case.

_____
Honorable Dennis M. Cavanaugh
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____2/4/10____

_____
Daniel Milne
U.S. Pretrial Services Officer