PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Anthony Matias                                Docket No. 08-cr-802-DMC-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Daniel Milne** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Anthony Matias**, who was placed under pretrial release supervision by the **Honorable Claire C. Cecchi** sitting in the Court at Newark on June 6, 2008 under the following conditions: $50,000 appearance bond secured by $5,000 cash and cosigned by two financially responsible individuals. The following conditions were imposed: Pretrial Services supervision; Travel restricted to New Jersey and New York, or as approved by Pretrial Services; Surrender passport; Do not to apply for travel documents. On February 24, 2010, the defendant's bail was modified to include mental health testing and treatment as directed by Pretrial Services.

On November 23, 2009 the defendant appeared before Your Honor and entered a guilty plea. Sentencing is scheduled for March 29, 2010.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **substance abuse testing and treatment as directed by Pretrial Services.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 15th day of MARCH, 2010 and ordered filed and made a part of the records in the above case. | Executed on 3/11/10 |
| Honorable DENNIS M. CAVANAUGH<br>U.S. District Judge | Daniel Milne<br>U.S. Pretrial Services Officer |