```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


UNITED STATES of AMERICA    :

        Plaintiff,          :
                                    CR. Action No. 2:8cr802-1(DMC)
                            :
        v.                                   O R D E R
                            :
ANTHONY MATIAS
                            :
        Defendant.
```

This matter having come before the Court on a motion by Defendant, Anthony Matias, requesting this Court to delay his surrender date; and the Court having considered the submissions of the parties; and

For good cause shown;

It is on this 1st day of June, 2010 ORDERED that Defendants motion to delay surrender date is **GRANTED**; and

FURTHER ORDERED that the defendants surrender date is continued until June 25, 2010, at which time he is to surrender to the institution as designated by the Bureau of Prisons.

```
                                    S/ DENNIS M. CAVANAUGH
                                    Dennis M. Cavanaugh, U.S.D.J.
```